■ In the Matter of ORANGE COUNTY DEPARTMENT OF SO-CIAL SERVICES, on Behalf of CHRISTINE S. and Others, Children Alleged to be Abandoned, Respondent. DIANE A., Appellant. [610 NYS2d 553] —In a proceeding pursuant to Social Services Law § 384-b (5) (b), the mother appeals from an order of the Family Court, Orange County (Ludmerer, J.), entered April 24, 1990, which determined that she had abandoned her children, and terminated her parental rights.

■ In the Matter of ORANGE COUNTY DEPARTMENT OF SO-CIAL SERVICES, on Behalf of CHRISTINE S. and Others, Children Alleged to be Abused and Neglected, Respondent. DIANE A., Appellant. [610 NYS2d 348] —In a proceeding pursuant to Family Court Act § 1012 (e) (iii), the mother appeals from an order of the Family Court, Orange County (Ludmerer, J.), entered May 8, 1989, which determined that she had sexually abused and neglected her children.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the appellant's claim, there was sufficient corroboration of the out-of-court statements of her children regarding sexual abuse by her *(see, Matter of Nicole V.,* 71 NY2d 112, 119-123; *Matter of Nassau County Dept. of Social Servs. (Erika K.) v Steven K.,* 176 AD2d 326; *Matter of Faith AA.,* 139 AD2d 22, 24; *Matter of Linda K.,* 132 AD2d 149, 154-159). Sullivan, J. P., Joy, Hart and Krausman, JJ., concur.